UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN ALVARENGA,<br><br>    Petitioner,<br><br>  v.<br><br>L. MONTGOMERY, Warden,<br><br>    Respondent. | Case No. CV 16-04095-R (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No party filed timely objections to the Report and Recommendation. The Court accordingly accepts the findings and recommendation of the Magistrate Judge.

  IT IS THEREFORE ORDERED that Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: August 13, 2018

                _____
                MANUEL L. REAL
                United States District Judge