JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KEVIN ALVARENGA,<br><br>        Petitioner,<br><br>        v.<br><br>L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. CV 16-04095-R (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: August 13, 2018

_____
MANUEL L. REAL
United States District Judge